UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND, | ) ) ) | |
| *Plaintiff*, | ) ) | No. 2:17-cv-00364-JMS-MJD |
| *vs.* | ) ) | |
| BRYAN M. DAVIS, | ) ) | |
| *Defendant*. | ) | |

## ORDER

Presently pending before the Court is a Motion for Default Judgment on Sum Certain filed by Plaintiff Board of Trustees of the Indiana Laborers Welfare Fund (the "Fund"). [Filing No. 8.] Plaintiff asks this Court to enter default judgment in favor of the Fund and against Defendant Bryan Davis in the amount of $1,323.52 plus court costs. [Filing No. 8 at 1.]

The Clerk entered default against Mr. Davis pursuant to Federal Rule of Civil Procedure 55(a) on September 18, 2017. [Filing No. 7.] Given Plaintiff's Motion for Default Judgment on Sum Certain and supporting evidence, the Court finds a hearing is unnecessary, and now **GRANTS** the pending motion and enters **DEFAULT JUDGMENT** pursuant to Federal Rule of Civil Procedure 55(b) in favor of the Fund and against Mr. Davis in the amount of **$1,323.52.** This amount reflects the overpayment of benefits to Mr. Davis. [*See* Filing No. 1 at 2.]

To the extent that Plaintiff seeks attorneys' fees and costs in connection with this action, it must file a fee application by **November 3, 2017** with supporting documentation. Once the issue of attorneys' fees and costs is resolved, or if no fee application is filed by the deadline, final judgment will issue accordingly.

Date: 10/16/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Bryan M. Davis
2270 E. Indiana St.
Evansville, IN 47711